CALVIN MENGLE, Respondent, v. McCLINTIC-MARSHALL CONSTRUCTION COMPANY, Appellant.

*Mengle* v. *McClintic-Marshall Constr. Co.*, 107 App. Div. 624, affirmed.
(Argued October 16, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 31, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant.

*Frank Verner Johnson* for appellant.

*Vincent P. Donihee* and *Edward S. Hatch* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT and HISCOCK, JJ. Dissenting: WERNER, J. Absent: GRAY, J.

---

HARRIET C. WILLARD, Respondent, v. SARAH A. WELCH et al., Appellants, Impleaded with Others.

*Willard* v. *Welch*, 94 App. Div. 179, affirmed.
(Argued October 17, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 2, 1904, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action for the foreclosure of a mortgage.

*C. J. Palmer* and *Richard Hurley* for appellants.

*A. M. Mills* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: HISCOCK, J. Absent: GRAY, J.